# Trustee's Preferred Methodology For Document Turnover

| Trustee | Preferred Method for Turnover | Trustee's Contact Information |
|---|---|---|
| **Louisville** | | |
| William Stephen Reisz | Electronic documents via email | TrusteeReisz@gmail.com |
| Michael E. Wheatley | Electronic documents via email; Paper documents or documents on CD/DVD via mail; NO FAXES | PO Box 1072, Prospect, KY 40059 502−744−6484 mwheatleytr@gmail.com |
| Robert W. Keats | Paper documents; electronic documents via email; NO FAXES | PO Box 221377 Louisville, KY 40252−1377; 502−587−8787; rkeats@bellsouth.net |
| William W. Lawrence | Electronic documents via email only | wlch7ecf@gmail.com |
| **Paducah** | | |
| Mark Little | Via BlueStylus | trustee@littlelawky.com |
| **Bowling Green** | | |
| Jerry A. Burns | Via DocLink<br>Via email, by Adobe Acrobat & Bookmarked | www.doclink.bms7.com<br>burnstrustee@bellsouth.net |
| Mark H. Flener | Via DocLink | www.doclink.bms7.com |
| **Owensboro** | | |
| Mark H. Flener | Via DocLink | www.doclink.bms7.com |
| Mark Little | Via BlueStylus | trustee@littlelawky.com |

United States Bankruptcy Court
Western District of Kentucky

| | |
|---|---|
| In re: | Case No. 21-50098-acs |
| Debora S Coles | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0644-5 | User: tpreston | Page 1 of 1 |
| Date Rcvd: Mar 24, 2021 | Form ID: 254 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Debora S Coles, 1506 Airport Rd., Murray, KY 42071-7554 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John L. Daugherty | ustpregion08.lo.ecf@usdoj.gov |
| Mark R. Little | trustee@littlelawky.com  mrl@trustesolutions.net |
| Steve Vidmer | on behalf of Debtor Debora S Coles svidmerbr@gmail.com  vidmerlaw@protonmail.com |

TOTAL: 3